IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-01837-RPM

JERRY WHITE,

    Plaintiff,
v.

CORRECTIONS CORPORATION OF AMERICA,
WARDEN EVERET,
ASSISTANT WARDEN WILKINSON,
MITCHELL N.P., and
NURSE PALIMNER,

    Defendants.
_____

ORDER DISMISSING DEFENDANTS WARDEN EVERET, MITCHELL, N.P., AND NURSE PALIMNER
_____

    Upon review of Plaintiff's Motion to Dismiss without Prejudice Defendants Warden Everet, Mitchell, N.P., and Nurse Palimner [24] filed in response to this Court's Order to Show Cause entered on October 17, 2014, it is

    ORDERED that the motion is granted and Defendants Warden Everet, Mitchell, N.P., and Nurse Palimner are dismissed without prejudice.

    Dated: October 29, 2014

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____
                  Richard P. Matsch, Senior District Judge