IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-01837-RPM

JERRY WHITE,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA;
ASSISTANT WARDEN WILKINSON;

    Defendants.
_____

**ORDER RE DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S UNOPPOSED MOTION TO EXTEND DISCOVERY FOR THE LIMITED PURPOSE OF TAKING PLAINTIFF'S DEPOSITION**
_____

    THIS MATTER comes before the Court on Defendant Corrections Corporation of America's Unopposed Motion for Extension of Time to Extend Discovery for the Limited Purpose of Taking Plaintiff's Deposition, and the Court being fully advised,

    HEREBY grants CCA Defendant's extension of time up to and including July 1, 2015, for the Limited Purpose of Taking Plaintiff's Deposition.

    DATED this 2nd day of June, 2015.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge