IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  14-cv-01837-RPM

JERRY WHITE,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA;
ASSISTANT WARDEN WILKINSON;

    Defendants.
_____

**ORDER GRANTING DEFENDANT'S MOTION TO CONDUCT DEPOSITION OF INCARCERATED INMATE PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)**
_____

    THE COURT, having reviewed the Motion to Conduct Deposition of Incarcerated Inmate Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B), being fully advised, and for good cause shown,

    HEREBY GRANTS the Motion.  Defendant may conduct the deposition of Plaintiff Jerry White, on a date convenient for both the correctional facility where Mr. White is incarcerated and counsel for all of the parties.

    DATED this 9th day of June, 2015.

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge