IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-01837-RPM

JERRY WHITE,

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
ASSISTANT WARDEN WILKINSON,

      Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      Pursuant to the Notice of Settlement [Doc. 33], counsel shall submit a joint motion to dismiss on or before September 17, 2015.

DATED:  August 18, 2015