IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-01837-RPM

JERRY WHITE,

     Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
ASSISTANT WARDEN WILKINSON,

     Defendants.
_____

### ORDER OF DISMISSAL
_____

     Upon review of the Stipulated Motion for Dismissal with Prejudice [Doc. 35], it is

     ORDERED that the motion is granted.  This action is dismissed with prejudice, each party to pay their own attorney's fees and costs.

     Dated: September 21, 2015

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior District Judge